# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KOCSIS, | : |
| Plaintiff, | : Civil No. 2:20-cv-00099-JS |
| vs. | : |
| ANTHIUM, LLC; BAYVIEW LOAN SERVICING, LLC; CAM LOAN SERVICING; and WELLS FARGO BANK, N.A. AS CERTIFICATE TRUSTEE FOR REGISTERED HOLDERS OF VNT TRUST SERIES 2010-2, | : **NOTICE OF APPEARANCE**<br>:<br>: Filed Electronically |
| Defendants. | : |

TO THE CLERK

    Please enter the appearance of Thomas M. Brodowski, Esq., of Blank Rome LLP, on behalf of Defendant Bayview Loan Servicing, LLC, in the above-captioned matter.

                      Respectfully submitted,

                      */s/ Thomas M. Brodowski*
                      Thomas M. Brodowski
                      **Blank Rome LLP**
                      One Logan Square
                      130 N. 18th Street
                      Philadelphia, PA 19103
                      T: (215) 569-5500
                      F: (215) 569-5555
                      E: TBrodowski@BlankRome.com
                      *Attorneys for Defendant,*
                      *Bayview Loan Servicing, LLC*

Dated: March 11, 2020

## **CERTIFICATE OF SERVICE**

      I, Thomas M. Brodowski, hereby certify that on March 11, 2020, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which is available for download and viewing by all counsel and parties of record who are registered to use the CM/ECF system.

                                   */s/ Thomas M. Brodowski*
                                   Thomas M. Brodowski